IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 1:14-cr-123 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| DANTE KELEEK DARBY, | : | |
| Defendant. | : | |

# **ORDER**

## **December 3, 2018**

In conformity with the Memorandum issued on today's date, it is hereby

ORDERED that:

1. Defendant Dante Keleek Darby's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by Person in Federal Custody (Doc. 97) is **DENIED**.

2. Pursuant to 28 U.S.C. § 2253, no certificate of appealability is issued because the Defendant has not made a substantial showing of the denial of a constitutional right.

3. The Clerk of Court shall **CLOSE** the file on this matter.

s/ John E. Jones III
John E. Jones III
United States District Judge